

Daniel Velez | Partner
Direct 516.281.9816 | dvelez@goldbergsegalla.com

July 9, 2021

**Via ECF**

Honorable Judge Ona T. Wang
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: **Lisa Jones v. EIB Riverdale Crossing LLC, et al.**
       Docket No: 1:20-cv-10264-AJN
       GS File No.: 1342.0381

Your Honor:

  As you know, we represent defendants, EIB Riverdale Crossing LLC ("EIB") and BJ's Wholesale Club, Inc. ("BJ's"), in connection with the above-referenced matter. Please allow this correspondence to serve as the defendants' letter application/motion seeking a 60-day extension of the Court's pending discovery deadlines and adjournment of the upcoming scheduled Status Conference before your Honor on July 20, 2021. Please note that the undersigned reached out to plaintiff's counsel on July 7, 2021 and July 9, 2021 to discuss the below request and is awaiting counsel's response to same.

  The parties appeared before your Honor on or about March 16, 2021, at which time your Honor issued a Civil Case Management Plan and Scheduling Order as follows:

- 7/9/21 – Deadline to complete fact discovery;
- 7/20/21 – Status Conference scheduled with Court; and,
- 8/27/21 – Deadline to complete expert discovery.

  Since the Initial Conference, the parties have exchanged initial written discovery, processed authorizations for the release of plaintiff's post-accident medical records and engaged in preliminary settlement negotiations. While the parties intend to continue settlement negotiations in good faith, the parties have conferred and agreed with your Honor's approval to conduct plaintiff's deposition on 8/13/21 and defendant's deposition on 8/25/21.

  In light of the above, please allow this correspondence to serve as BJ's first request that your Honor issue an Order extending the Court's discovery deadlines and adjourning the upcoming scheduled Status Conference by 60-days as follows:

Please send mail to our scanning center at: PO Box 780, Buffalo, NY 14201

Office Location: 200 Garden City Plaza, Suite 520, Garden City, NY 11530-3203 | 516.281.9800 | Fax: 516.281.9801 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA | UNITED KINGDOM

30467762.v1

Honorable Judge Ona T. Wang
United States District Court
Southern District of New York
July 9, 2021
Page 2 of 2

- 9/9/21 – Deadline to complete fact discovery;
- ~~9/20/21 – Status Conference scheduled with Court; and,~~ NO
- 10/27/21 – Deadline to complete expert discovery.

→ granted as unopposed. NO FURTHER EXTENSIONS /OTW

↳ granted as unopposed. NO FURTHER EXTENSIONS. /OTW

Thank you for allowing the parties to address the Court.

Very truly yours,

**GOLDBERG SEGALLA LLP**

*J. Daniel Velez*
J. Daniel Velez, Esq.

JDV/nr

<u>Via ECF</u>

Lawrence Lissauer, Esq.
JACOBY & MEYERS, LLP
*Attorneys for Plaintiff*
c/o Processing Center
1279 Route 300, Box 1111
Newburgh, New York 12551
(845) 562-0203

The Court has back-to-back trials scheduled in September. Parties to meet and confer and propose three dates for an in-person status conference during the weeks of Oct. 4 & Oct. 12. Conf. of 7/20/21 adjourned sine die. So ordered. 7/19/21

30467762.v1